#### IN THE

# SUPREME JUDICIAL COURT

## AT THE SPECIAL SESSION IN BOSTON
## IN NOVEMBER 1859.

---

**PRESENT:**

Hon. LEMUEL SHAW, Chief Justice.
Hon. CHARLES A. DEWEY,
Hon. THERON METCALF,
Hon. GEORGE T. BIGELOW, } Justices.
Hon. PLINY MERRICK,
Hon. EBENEZER R. HOAR,

---

### Francis A. Bursley vs. Inhabitants of Barnstable.

A case cannot be brought to this court on exceptions to an order of the court of common pleas, until after final judgment in that court.

Action of contract, commenced in the court of common pleas in Barnstable, at April term 1859, to recover back taxes illegally assessed upon the plaintiff, and by him paid to the defendants' collector. At the first term, an attorney of this court entered an appearance for the defendants, and offered to file an affidavit of merits. The plaintiff moved that the appearance be stricken from the docket, and the offer to file an affidavit of merits denied, because the defendants had never authorized any person to enter an appearance or file such an affidavit. The counsel for the defendants, on being inquired of, stated that he appeared by the authority of the selectmen, who, he contended,

had the right to appear and act for the town ; but admitted that there had been no vote of the town in relation to the defence of the action. *Bishop, J.* permitted the appearance to stand, and the affidavit of merits to be filed ; and to this permission the plaintiff alleged exceptions.

*G. Marston & J. M. Day,* for the plaintiff.

*H. A. Scudder,* for the defendants.

The Court *held,* that the exceptions were irregularly and prematurely brought to this court, because this was done before any order had been made by the court below which would have led to any final judgment in the action, and that the case was of course retained in that court, and       *Remitted the case*